United States Court of Appeals
Fifth Circuit

**F I L E D**

April 14, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51004
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

              v.

SERGIO HERNANDEZ-FLORES also known as, Francisco Martinez

                    Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
3:04-CR-456-ALL-PRM
----------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that appellee's unopposed motion to vacate
sentence is GRANTED.

    IT IS FURTHER ORDERED that appellee's unopposed motion to
remand case to the US District Court for the Western District of
Texas, El Paso Division for resentencing is GRANTED.

    IT IS FURTHER ORDERED that appellee's unopposed motion to

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate and remand is DENIED.